IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BELINDA G. BRADLEY, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-225-M
:
MICHAEL J. ASTRUE, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Belinda G. Bradley on all claims.

DONE this 19th day of November, 2010.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE